GARY M. RESTAINO
United States Attorney
District of Arizona

JACQUELINE SCHESNOL
Assistant United States Attorney
Arizona State Bar No. 016742
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: jacqueline.schesnol@usdoj.gov
Attorney for Plaintiff

X FILED ___ LODGED
___ RECEIVED ___ COPY
JAN 31 2023
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

1. Joshua James Gerst, and, (Counts 1-3)
2. Michael Anthony Stephens, (Count 4)

Defendants.

No. CR-23-00125-PHX-DJH (ESW)

**INDICTMENT**

VIO: 18 U.S.C. §§ 922(g)(1) and 924(a)(8)
(Felon in Possession of a Firearm)
Counts 1 and 3

18 U.S.C. §§ 922(o)(1) and 924(a)(2)
(Possession of a Machine Gun)
Count 2

18 U.S.C. §§ 922(d)(1) and 924(a)(8)
(Sale of Firearms to a Felon)
Count 4

18 U.S.C. §§ 924(d) and 981;
21 U.S.C. §§ 853 and 881; and
28 U.S.C. § 2461(c)
(Forfeiture Allegation)

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or about September 14, 2022, in the District of Arizona, Defendant JOSHUA JAMES GERST, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, in and

affecting interstate commerce, to wit:

- Imbel – Model FZ SA, Serial Number: PAC1572, Caliber 7.62X51
- Seekins Precision – Serial Number: SPB09960, Caliber: .223
- Diamondback – Model DB300, Serial Number DB1803296, Caliber: 300
- Ruger Precision - Model PC Carbine, SN: 180070822, Caliber: 6.5 Creedmoor
- FN Herstal- Model FNAR, Serial Number: 319MP05124, Caliber 7.62X51

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**COUNT 2**

On or about September 14, 2022, in the District of Arizona, Defendant JOSHUA JAMES GERST, did knowingly possess a machine gun, to wit:

- Imbel – Model FZ SA, Serial Number: PAC 1572, Caliber 7.62X51

In violation of Title 18, United States Code, Sections 922(o)(1) and 924(a)(2).

**COUNT 3**

On or about September 15, 2022, in the District of Arizona, Defendant JOSHUA JAMES GERST, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, in and affecting interstate commerce, to wit:

- Ruger - Model NRA Mini 114, Serial Number: 58330402
- Canik55 - Model TP-9, Serial Number: T647221BH02486

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**COUNT 4**

On or about between September 6, 2022 and September 15, 2022, in the District of Arizona, Defendant MICHAEL ANTHONY STEPHENS did knowingly sell firearm(s) to JOSHUA GERST, a person who Defendant MICHAEL ANTHONY STEPHENS knew or had reasonable cause to believe had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit:

- Imbel – Model FZ SA, Serial Number: PAC1572, Caliber 7.62X51
- Seekins Precision – Serial Number: SPB09960, Caliber: .223

- Ruger Precision - Model PC Carbine, SN: 180070822, Caliber: 6.5 Creedmoor
- FN Herstal- Model FNAR, Serial Number: 319MP05124, Caliber 7.62X51
- Ruger - Model NRA Mini 114, Serial Number: 58330402

In violation of Title 18, United States Code, Sections 922(d)(1) and 924(a)(8).

**FORFEITURE ALLEGATION**

The Grand Jury realleges and incorporates the allegations of Counts 1 through 4 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of the offense(s) alleged in Counts 1 through 4 of this Indictment, the defendants shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the defendants are liable, including, but not limited to, the following property involved and used in the offense:

- Imbel – Model FZ SA, Serial Number: PAC1572, Caliber 7.62X51
- Seekins Precision – Serial Number: SPB09960, Caliber: .223
- Diamondback – Model DB300, Serial Number DB1803296, Caliber: 300
- Ruger Precision - Model PC Carbine, SN: 180070822, Caliber: 6.5 Creedmoor
- FN Herstal – Model FNAR, Serial Number: 319MP05124, Caliber 7.62X51
- Ruger – Model NRA Mini 114, Serial Number: 58330402
- Canik55; Model: TP-9; Serial Number: T647221BH02486
- Sig Sauer; Model P250; Serial Number: EAU031889

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendants up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

All in accordance with 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Date: January 31, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

/S/
JACQUELINE SCHESNOL
Assistant U.S. Attorney